**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:21-CV-22851-GAYLES/TORRES**

JACQUELINE CLARK,

    Plaintiff,

vs.

HIRE QUEST, LLC,  WECHSLER
CONSTRUCTION GROUP, INC. and
TRAVIS WALLACE,

    Defendants.
_____/

## JOINT STIPULATION TO DISMISS CASE AS TO HIRE QUEST, LLC AND COMPELLING ARBITRATION

Plaintiff Jacqueline Clark ("Plaintiff") and Defendant Hire Quest, LLC ("Hire Quest") (collectively, "the Parties"), by and through their undersigned counsel, hereby move this Court to dismiss these proceedings as to Hire Quest and compel the Parties to arbitration, and as grounds state as follows:

    1.    On August 4, 2021, Plaintiff filed an eleven-count Complaint in the United States District Court for the Southern District of Florida against Defendants Hire Quest, LLC, Wechsler Construction Group, Inc., and Travis Wallace alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et. seq.*, and 18 U.S.C. § 1591, as well as common law claims of assault, battery, and infliction of emotional distress.

    2.    Plaintiff, however, on April 4, 2017, had previously agreed to resolve all employment-related disputes with Hire Quest through binding arbitration.

    3.    The Parties, therefore, stipulate and agree to submit this action as to Hire Quest to arbitration, and request that the Court accordingly dismiss this matter as to Hire Quest.

4. As evidenced by the signatures of counsel below, both Plaintiff and Hire Quest agree that the above-styled action should be dismissed while they proceed to arbitration in accordance with the Arbitration Agreement signed by Plaintiff.

5. No party will be prejudiced by this Stipulation.

6. For these reasons, the Parties request that the Court enter the contemporaneously-submitted proposed Order, dismissing the case as to Hire Quest and ordering Plaintiff and Hire Quest to arbitration.

Dated: October 8, 2021

Respectfully submitted,

*s/ Caroline H. Miller*
Caroline H. Miller, Esq.
Florida Bar No. 1012331
E-mail: *caroline@dereksmithlaw.com*
DEREK SMITH LAW GROUP, PLLC
701 Brickell Avenue, Suite 1310
Miami, FL 33131
Telephone: 305-946-1884
Facsimile: 305-503-6741

*Counsel for Plaintiff*

*s/ Paul F. Penichet*
Paul F. Penichet, Esq.
Florida Bar No. 899380
Email: *paul.penichet@jacksonlewis.com*
Leslie Lagomasino Baum, Esq.
Florida Bar No. 1007655
E-mail: *leslie.baum@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466

*Counsel for Defendant Hire Quest, LLC*