**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:21-CV-22851-GAYLES/TORRES**

JACQUELINE CLARK,

    Plaintiff,

vs.

HIRE QUEST, LLC, WECHSLER
CONSTRUCTION GROUP, INC. and
TRAVIS WALLACE,

    Defendants.
_____/

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**
**AS TO HIRE QUEST, LLC AND COMPELLING ARBITRATION**

THIS CAUSE having come before the Court on the Parties' Joint Stipulation to Dismiss Case as to Hire Quest, LLC and Compelling Arbitration, and the Court having reviewed the Joint Stipulation and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Joint Motion is **GRANTED**. The instant case as to Hire Quest, LLC shall be dismissed and Plaintiff shall have thirty (30) days from the filing of this stipulation to refile the herein claim as to Defendant Hire Quest, LLC with the appropriate arbitration venue.

DONE AND ORDERED in Chambers in Miami, Florida this _____ day of _____, 2021.

                                                                     _____
                                                                     DARRIN P. GAYLES
                                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:
    *All Counsel of Record*