**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:21-CV-22851-GAYLES/TORRES**

JACQUELINE CLARK,

    Plaintiff,

vs.

HIRE QUEST, LLC, WECHSLER
CONSTRUCTION GROUP, INC. and
TRAVIS WALLACE,

    Defendants.

_____/

**NOTICE OF ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that Leslie Lagomasino Baum, Esq. of the law firm of Jackson Lewis P.C., hereby makes her appearance as counsel for Defendant Hire Quest, LLC, in the above-captioned matter, and requests that all pleadings, correspondence, and other documents regarding this case be forwarded to the attention of the undersigned.

Dated: October 8, 2021            Respectfully submitted

                                              *s/ Leslie Lagomasino Baum*
                                              Paul F. Penichet, Esq.
                                              Florida Bar No. 899380
                                              Email: *paul.penichet@jacksonlewis.com*
                                              Leslie Lagomasino Baum, Esq.
                                              Florida Bar No. 1007655
                                              E-mail: *leslie.baum@jacksonlewis.com*
                                              JACKSON LEWIS P.C.
                                              One Biscayne Tower, Suite 3500
                                              2 South Biscayne Boulevard
                                              Miami, Florida 33131
                                              Telephone: 305-577-7600
                                              Facsimile: 305-373-4466

                                              *Counsel for Defendant Hire Quest, LLC*

CASE NO. 1:21-CV-22851-GAYLES/TORRES

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Leslie Lagomasino Baum*
Leslie Lagomasino Baum, Esq.

## SERVICE LIST

Caroline H. Miller, Esq.
Florida Bar No. 1012331
E-mail: *caroline@dereksmithlaw.com*
DEREK SMITH LAW GROUP, PLLC
701 Brickell Avenue, Suite 1310
Miami, FL 33131
Telephone: 305-946-1884
Facsimile: 305-503-6741

*Counsel for Plaintiff*

Paul F. Penichet, Esq.
Florida Bar No. 899380
Email: *paul.penichet@jacksonlewis.com*
Leslie Lagomasino Baum, Esq.
Florida Bar No. 1007655
E-mail: *leslie.baum@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466

*Counsel for Defendant Hire Quest, LLC*