UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-22851-GAYLES/TORRES

JACQUELINE CLARK,

    Plaintiff,

vs.

HIRE QUEST, LLC, WECHSLER
CONSTRUCTION GROUP, INC. and
TRAVIS WALLACE,

    Defendants.
_____/

## ORDER GRANTING JOINT STIPULATION TO DISMISS CASE AS TO WECHSLER CONSTRUCTION GROUP, INC AND COMPELLING ARBITRATION

THIS CAUSE, having come before the Court on the Joint Stipulation to Dismiss Case as between Plaintiff, Jacqueline Clark, and Defendant, Wechsler Construction Group, Inc and Compelling Arbitration, and the Court, after having reviewed the Joint Stipulation and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Joint Motion is GRANTED; this cause is dismissed as to Wechsler Construction Group, Inc, and Plaintiff shall have thirty (30) days from the filing of the Stipulation to refile her claim(s) as to Defendant, Wechsler Construction Group, Inc., with the appropriate arbitration forum.

DONE AND ORDERED in Chambers in Miami, Florida on this ___ day of October 2021.

                                                            _____
                                                            DARRIN P. GAYLES
                                            UNITED STATED DISTRICT JUDGE

Copies furnished:
Counsel of Record by CM/ECF